UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELVIS SANTANA AND             :
MIGUEL JAIME DORANTES,
                              :          ORDER
              Plaintiffs,                13 Civ. 1628 (LGS) (GWG)
                              :
   -v.-
                              :
FISHLEGS LLC et al.,
                              :
              Defendants.     :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

  With respect to the letters from the parties on e-discovery (Docket ## 168 and 169), the Court is mystified as to why the parties have written the Court: defendants seem to recognize that the Court required them to do precisely what plaintiff is seeking — that is, run the search terms, obtain the hit counts, and then have a further discussion with a goal to placing reasonable limits on the search terms, a discussion that might require some sampling to determine how search terms might be better refined.

  Defendants should start on this process <u>immediately</u> as it is not clear why it has not been started already. It is also strongly suggested that defendants order the January 31 transcript so that they will be aware of what representations previous counsel made.

  The parties must do a better job talking to each other. Given that the particular task at issue is one that defendants have better knowledge of than plaintiffs, they should report to the plaintiffs regularly as to their progress.

  Finally, the Court directs that, <u>in addition to</u> complying with paragraph 2.A of this Court's Individual Practices, any future discovery disputes must be raised in a joint letter that sets forth both sides' positions.

  SO ORDERED.

Dated: April 9, 2014
   New York, New York

                GABRIEL W. GORENSTEIN
                United States Magistrate Judge