# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

June 13, 2014

**Via ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *Santana, et al. v. Fishlegs LLC, et al.*
            Case No. 13-cv-1628

Dear Judge Gorenstein:

    We are counsel to Plaintiffs and submit this letter jointly with Defendants.

    We write to inform the Court that the parties have agreed to pursue settlement mediation, including utilizing the services of a third party mediator, Roger Deitz. The mediation is scheduled for July 30, 2014, and Defendants have agreed to pay for the full cost of the mediation.

    The parties jointly request that the litigation be put on hold until a date following the mediation, and that all dates and deadlines be adjourned accordingly so that the parties can focus their resources into settlement discussions. To the extent that the mediation is not successful, the parties will jointly prepare a new deadline for discovery (which currently is scheduled to end September 30, 2014).

    We thank the Court for its consideration.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc:   all parties via ECF
      Hon. Lorna G. Schofield, U.S.D.J.