IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ELVIS SANTANA, and                                             :
MIGUEL JAIME-DORANTES,                                         :
on behalf of themselves, FLSA Collective Plaintiffs            :
and Class Members,                                             :
                                                               :
                           Plaintiffs,                         :   Case No. 13-CV-1628 (LGS) (GWG)
                                                               :
           -against-                                           :   **NOTICE OF APPEARANCE**
                                                               :
FISHLEGS, LLC, GIOCO RESTAURANT CORP.,                         :
DAVID BURKE 59 CORP., 6 GRAND LLC,                             :
DAVID BURKE and JEFFREY A. CITRON,                             :
                                                               :
                           Defendants.                         :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendants.

    I certify that I am admitted to practice in this Court.

Dated: August 6, 2014
       New York, New York

                                              Steven W. Gold
                                              MINTZ & GOLD LLP
                                              470 Park Avenue South
                                              New York, NY 10016
                                              (212) 696-4848
                                              (212) 696-1231 (fax)
                                              gold@mintzandgold.com